UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KRISTIN BORG, JEANNIE RICH, ]
JOHN DENNING IV, and ]
KATHERINE COLLAROS, ]
]
Plaintiffs, ]
]
v. ] 1:20-CV-01441-LO-TCB
]
CHARLES DAN WARREN, ]
JACOB DUDEK, ]
MARIANNE F. WARREN ]
BORDEAUX FARMS, LLC, and ]
CHARITABLE OCCASION, LLC, ]
]
Defendants. ]

ORDER

UPON CONSIDERATION of the Joint Motion and Consent Motion to Transfer Venue to the Richmond Division, and the relevant record herein, it is hereby:

ORDERED, that the Joint Motion is GRANTED; and it is further,

ORDERED, that the CLERK is directed to TRANSFER this matter to the Richmond Division of this Court.

IT IS SO ORDERED.

/s/
Liam O'Grady
United States District Judge

Liam O'Grady
UNITED STATES DISTRICT JUDGE

January 5, 2021
DATED

1

WE ASK FOR THIS:

/s/
_____
Sherri A. Thaxton, Esquire
Virginia State Bar Number 41122
Attorney for Marianne F. Warren
SHERRI A. THAXTON, P.C. at CANFIELD-WELLS, LLP
4124 East Parham Road
Henrico, VA 23228
Telephone (804) 673-6600; *Cellular* (best number) (804) 647-1199
Facsimile (804) 673-6604
ThaxtonLaw@aol.com


/s/
_____
Wyatt B. Durrette, Jr., Esquire VSB 04719
Kevin J. Funk VSB 65465
DURRETTE, ARKEMA, GERSON & GILL PC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (Direct) (804) 775-6809
Facsimile (804) 775-6911
E-mail: wdurrette@dagglaw.com
Counsel for Defendants other than Marianne F. Warren


/s/
_____
Andrew M. Williamson, Esquire (VSB No. 83366)
A. WILLIAMSON, LLC
12410 Milestone Center Drive
Suite 600
Germantown, MY 20876
Telephone: (301) 916-1560
Facsimile: (***) Not Listed in Complaint***
E-mail: amw@AWilliamson.law
Counsel for Plaintiffs